No. A–839.  SMALDONE *v.* UNITED STATES.  C. A. 10th Cir.  Application for bail presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. A–840 (72–1138).  HARRISON *v.* UNITED STATES. C. A. 2d Cir.  Application for stay or recall of mandate of United States Court of Appeals for the Second Circuit presented to MR. JUSTICE POWELL, and by him referred to the Court, denied.

No. 71–1553.  GILLIGAN, GOVERNOR OF OHIO, ET AL. *v.* MORGAN ET AL.  C. A. 6th Cir.  [Certiorari granted, 409 U. S. 947.]  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* on behalf of petitioners granted and 15 minutes allotted for that purpose.  Respondents allotted 15 additional minutes for oral argument.

No. 71–1647.  FEDERAL MARITIME COMMISSION *v.* SEATRAIN LINES, INC., ET AL.  C. A. D. C. Cir.  [Certiorari granted, 409 U. S. 1058.]  Motion of R. J. Reynolds Tobacco Co. for leave to file a brief as *amicus curiae* granted.

No. 72–11.  PALMORE *v.* UNITED STATES.  Appeal from Ct. App. D. C.  [Probable jurisdiction postponed, 409 U. S. 840.]  Motion of appellant for leave to file supplemental brief after argument granted.

No. 72–419.  PITTSBURGH PRESS CO. *v.* PITTSBURGH COMMISSION ON HUMAN RELATIONS ET AL.  Pa. Commw. Ct.  [Certiorari granted, 409 U. S. 1036.]  Motions of International Association of Official Human Rights Agencies and American Civil Liberties Union et al. for leave to file briefs as *amici curiae* granted.